**JAMES M. BAKER**
ATTORNEY

325 Broadway
Suite 203
New York, N.Y. 10007

Application GRANTED. Plaintiff's motion for judgment on the pleadings shall be filed by **November 27, 2026.** The Commissioner's opposition to the motion shall be filed by **January 26, 2027.** Plaintiff's reply in further support of her motion shall be filed by **February 16, 2027.**

The Clerk of Court is respectfully requested to terminate ECF 12.

Dated: October 1, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

October 1, 2026

Via ECF

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Re: Yesenia Luna o/b/o K.M.P.L. v. Bisignano
26-CV-6154-JKG-RFT

Dear Judge Tarnofsky:

The parties would like to propose the following briefing schedule in this children's SSI disability case. The government filed the administrative record on September 28, 2026.

Plaintiff would file her brief on November 27, 2026.

The Commissioner would reply by January 26, 2027.

Plaintiff would file any reply by February 16, 2027.

Please let us know if this is acceptable.

Thank you for considering ths request.

Very truly yours,

James M. Baker
Attorney for Plaintiff

cc: Sergei Aden (via ECF)

Tel: 212-979-0505
Fax: 212-979-8778
jbaker623@aol.com